UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY MOORE,<br><br>      Plaintiff,<br><br>   v.<br><br>SOFA CENTER,<br><br>      Defendant. | Case No. 16-cv-04013-SK<br><br>**ORDER REGARDING PLAINTIFFS' APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Regarding Docket No. 3 |

Plaintiffs Rickey Moore ("Moore") and Earl Gardner ("Gardner") (collectively referred to as "Plaintiffs") filed a complaint on July 15, 2016.  Moore, but not Gardner, filed an application to proceed *in forma pauperis*.  It is not enough that Moore filed an application.  Where, as here, there is more than one plaintiff in a single action, "the plaintiffs may not proceed *in forma pauperis* unless all of them demonstrate inability to pay the filing fee." *Darden v. Indymac Bancorp, Inc.*, 2009 WL 5206637 (E.D. Cal. Dec.23, 2009); *see also Anderson v. State of California*, 2010 WL 4316996 (S.D. Cal. Oct.27, 2010).

The Court HEREBY RESERVES RULING on the application to proceed *in forma pauperis* that was filed by Moore.  Garnder is ORDERED to either submit his own an application to proceed *in forma pauperis* or pay the filing fee no later than August 3, 2016.  Failure to do so will result in dismissal of this action without prejudice.

The Court hereby advises Plaintiffs that the district court has produced a guide for pro se litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial.  It is available electronically online (*http://cand.uscourts.gov/prosehandbook*) or in hard copy free of charge from the Clerk's Office.  The Court further advises Plaintiff that he also may

1  wish to seek assistance from the Legal Help Center.  Plaintiff may call the Legal Help Center at
2  415-782-8982 or sign up on the 15th Floor of the San Francisco Courthouse, Room 2796, or on
3  the 4th Floor of the Oakland Courthouse, Room 470S, for a free appointment with an attorney
4  who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: July 19, 2016



SALLIE KIM
United States Magistrate Judge